# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Shapri Denise Penn** DOB: 1986; United States<br>**Lamariea Moore** DOB: 1994; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-03297MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 16, 2019, at or near Douglas, in the District of Arizona, **Shapri Denise Penn** and **Lamariea Moore**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Reynol Garcia-Matias, Fernando Vidal-Garcia, Eduardo Martinez-Cruz, and Jose Guadalupe Diego-Flores, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 16, 2019, at or near Douglas, in the District of Arizona, a United States Border Patrol Agent was riding with a Department of Public Safety Officer in the officer's service vehicle. They both observed a 2018 Dodge Caravan with two visible occupants. The vehicle was traveling north on Central Highway and had a Nevada license plate. The driver appeared to be lost as he continued to drive north at a slow rate and then turned westbound on Double Adobe Rd. The officer followed the vehicle as it continued to drive well below the posted speed limit. The officer performed a vehicle stop after observing an obstructed windshield. The agent saw a large blanket covering people lying flat on the floor. The front passenger was identified **Lamariea Moore**. The driver was identified as **Shapri Denise Penn**. BPA found four subjects hiding under the blanket and determined that they were in the United States illegally.

A loaded pistol was discovered in the passenger's side glove box and record checks revealed that it was stolen. Also, a bag that belonged to **Moore** was discovered, containing $2130.00 USD.

Material witnesses Reynol Garcia-Matias, Fernando Vidal-Garcia, Eduardo Martinez-Cruz, and Jose Guadalupe Diego-Flores stated that they had made arrangements to be smuggled into the United States for money. Garcia stated that he and three others crossed the International Boundary Fence and was guided via cell phone to the load up spot. Garcia stated he was told that a grey vehicle was going to pick them up. Garcia stated a grey vehicle slowly drove by and stopped at their location. Garcia, Vidal, and Martinez stated the vehicle honked its horn. Garcia stated the driver was a female and the front passenger was a male, both African-American. Garcia stated the driver told them to get in the rear of the vehicle. Garcia stated that all four of them jumped in the rear of the vehicle and hid in the area where there was no seat. Vidal and Martinez stated they covered themselves with a blanket. All four material witnesses identified **Penn** as the driver and **Moore** as the front passenger in a photo line-up.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Reynol Garcia-Matias, Fernando Vidal-Garcia, Eduardo Martinez-Cruz, and Jose Guadalupe Diego-Flores

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 17, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54